UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOSEPH R. GRIEVESON, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:02-cv-1862-JDT-TAB |
| JACK COTTEY, et al., | ) ) | |
| Defendants. | ) ) | |

# E N T R Y

The plaintiff's motion for correction or modification of the record filed on January 3, 2006, is **denied as unnecessary,** because the exhibits to which the motion refers were filed with the plaintiff's response to defendant Anderson's motion for summary judgment.

The plaintiff's motion for appointment of counsel filed on January 3, 2006, is **denied** as having been filed in the wrong forum. A request of this nature should be presented to the Court of Appeals.

**IT IS SO ORDERED.**

Date: 01/05/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

Joseph Grieveson, Reg. No. #06322-028
P.O. Box 2000
Whitedeer, PA 17887

Andrew J. Mallon
Office of Corporation Counsel
200 East Washington Street   Suite 1601
Indianapolis, IN 46204

Gerald Coraz
Office of the United States Attorney
10 West Market Street    Suite 2100
Indianapolis, IN   46204-3048

Paul Thomas Belch
Law Office of St. Paul Travelers
9001 Wesleyan Road, Suite 110
Indianapolis, IN 46268