UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSEPH R. GRIEVESON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:02-cv-1862- SEB-TAB |
| vs. | ) | |
| | ) | |
| JACK COTTEY, et. al , | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR CHANGE OF JUDGE**
(Docket No. 194)

A careful review of the criminal proceedings, rather than demonstrating a bias or prejudice against the Defendant by the undersigned judge, reveals a concerted effort by her to ameliorate the harsh conditions/effects of Defendant's incarceration in the Marion County Jail -- a fact which is reflected in the Defendant's own personal handwritten correspondence to the undersigned judge following his placement in federal custody.  Nonetheless, because the undersigned judge does, in fact, have independent knowledge relating to the pending civil claims because of or growing out of the criminal prosecution, the undersigned judge shall and does recuse herself from presiding in the above-captioned case.  The Clerk is hereby directed to re-assign the case to another judge pursuant to the regular procedures.

IT IS SO ORDERED.

Date:  01/05/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

1

Copies to:

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL
jmayes@indygov.org

Justin F. Roebel
CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL
jroebel@indygov.org

Stephen S. Sanders
MAYER BROWN LLP
ssanders@mayerbrown.com

Michael K. Sutherlin
MICHAEL K. SUTHERLIN & ASSOCIATES, PC
msutherlin@gmail.com